1  LAURIE E. SHERWOOD, State Bar No. 155312
   lsherwood@wfbm.com
2  KATHERINE P. GARDINER, State Bar No. 215542
   kgardiner@wfbm.com
3  WFBM, LLP
   One Sansome Street, Suite 1800
4  San Francisco, California 94104-4461
   Telephone:  (415) 781-7072
5  Facsimile:   (415) 391-6258

6  Attorneys for Defendant
   AT&T UMBRELLA BENEFIT PLAN
7  NO. 3

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KENNETHIA ENGLISH-BROWN,<br><br>Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO.3,<br><br>Defendant. | Case No. 4:22-cv-02245-HSG<br><br>**STIPULATION TO TRANSFER OF ACTION FROM NORTHERN DISTRICT OF CALIFORNIA TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a) AND ORDER (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:   July 8, 2022<br>Time:  9:30 a.m<br>Crtrm.: F. 15th Floor |

Plaintiff Kennethia English-Brown ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 3 ("Defendant") (the "Parties"), by and through their respective counsel, jointly submit the following Stipulation to transfer venue of this action to the United States District Court for the Northern District of Georgia, and [Proposed] Order.

## **STIPULATION**

1.  On November 21, 2019 Plaintiff filed her action, alleging that Defendant AT&T Umbrella Benefit Plan No. 3 violated ERISA when it denied her short-term disability benefits ("STD").

6033938.1
4882-3.5311

Case No. 4:22-cv-02445-JCS
STIPULATION TO TRANSFER OF ACTION FROM NORTHERN DISTRICT OF CALIFORNIA TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a) AND ORDER

2. At all relevant times pertinent to this action, Plaintiff resided in Atlanta, Georgia, and has been employed near Atlanta, Georgia.

3. Atlanta, Georgia, is located in Fulton County which is under the jurisdiction of the United States District Court for the Northern District of Georgia.

4. Defendant AT&T Umbrella Benefit Plan No. 3, the STD Plan at issue in this litigation, is administered in Dallas, Texas.

5. AT&T conducts business throughout the United States, including California; however, none of the claim handling or administration of Plaintiff's STD claim took place in United States District Court, Northern District of California.

6. If Plaintiff prevails in this case, benefits would be paid to Plaintiff in Georgia, not in California.

7. Documents or evidence relevant to this case are not located in the Northern District of California, and no potential witnesses reside in the Northern District of California.

8. On May 25, 2022, Defendant filed a Motion to Transfer Venue to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. section 1404(a).

9. The hearing on Defendant's Motion to Transfer Venue is currently scheduled for July 8, 2022.

10. The Parties, through their respective counsel, have meet and conferred in good faith and have agreed to request that the Court transfer this case to the United States District Court for the Northern District of Georgia.

///
///
///
///
///
///

In light of the foregoing, the Parties STIPULATE that this case may be transferred to the United States District Court for the Northern District of Georgia, and request that the Court order this transfer of venue.

Dated:  June 8, 2022                    WFBM, LLP

By: */s/ Laurie Sherwood*
LAURIE E. SHERWOOD
State Bar No. 155312
lsherwood@wfbm.com
WFBM, LLP
One Sansome Street, Suite 1800
San Francisco, California 94104-4461
Telephone:   (415) 781-7072
Facsimile:  (415) 391-6258
Attorneys for Defendant
AT&T Umbrella Plan No. 3

By: */s/ P. Randall Noah*
P. RANDALL NOAH
State Bar No. 136452
Attorneys for Plaintiff
Kennethia English-Brown

# ORDER

The Court, having reviewed and considered the Stipulation of the Parties, and good cause appearing therefore, hereby issues the following FINDINGS AND ORDERS:

1. This case could have been brought in the United States District Court for the Northern District of Georgia. Defendant presented evidence that Plaintiff does not reside in California, she was not employed with AT&T in California, she did not seek benefits from the Plan arising out of any conduct that occurred in California; the Plan's claims handling and administration did not take place in California; documents or evidence relevant to this case are not located in the Northern District of California; and no potential witnesses reside in the Northern District of California.

1. The Stipulation of the Parties to transfer venue of this case to the United States District Court for the Northern District of Georgia is therefore APPROVED.

2. This case is hereby TRANSFERRED to the United States District Court for the Northern District of Georgia for all further proceedings pursuant to 28 U.S.C. § 1404(a). The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 6/14/2022

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.

-4-   Case No. 4:22-cv-02445-JCS
STIPULATION TO TRANSFER OF ACTION FROM NORTHERN DISTRICT OF CALIFORNIA TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a) AND ORDER

6033938.1
4882-3.5311

WALSWORTH
ONE SANSOME STREET, SUITE 1800
SAN FRANCISCO, CALIFORNIA 94104-4461
TEL (415) 781-7072 • FAX (415) 391-6258